Scott M. Grace S.B.N. 236621
Grace Law, APC
1958 Sunset Cliffs Boulevard
San Diego, CA 92107
sgrace@gracelawapc.com
Phone: (619) 346-4611
Fax:  (619) 501-8106

Attorneys for Plaintiff Martha Niedbal

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martha Niedbal,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>Velocity Investments, LLC and FarMar Law Group, P.C.<br><br>　　　　　　　　Defendants. | Case No. 2:20-cv-00134 SVW AGR<br><br>NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT FARMAR LAW GROUP, P.C. WITH PREDJUDICE |

COMES NOW Plaintiff, Martha Niedbal, and dismisses the Complaint herein with prejudice at Plaintiff's cost pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) as to Defendant FarMar Law Group, P.C.

Date:  June 5, 2020　　　　　　　　**Grace Law, APC**
　　　　　　　　　　　　　　　　　/s/ Scott M. Grace
　　　　　　　　　　　　　　　　　Scott M. Grace
　　　　　　　　　　　　　　　　　Attorney for the Plaintiff,
　　　　　　　　　　　　　　　　　Martha Niedbal

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

    I certify that on June 5, 2020 a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system as described below. Parties may access this filing through the Court's system.

                                         /s/ Scott M. Grace
                                         Scott M. Grace
                                         Attorney for Plaintiff

2
NOTICE OF VOLUNTARY DISMISSAL

Case number 2:20-cv-00134 SVW AGR